UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**ELVIS TOUSSAINT,**

        **Plaintiff,**

vs.

CASE NO. _____

**WAL-MART ASSOCIATES, INC.**
A Foreign Profit Corporation,

        **Defendant.**

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant WAL-MART STORES EAST, LP[1] ("Defendant" or "Wal-Mart"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of this action to this Court from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. Removal of this action is based upon the following:

**I.     PROCEDURAL ALLEGATIONS**

1.     On October 12, 2018, Plaintiff Elvis Toussaint ("Plaintiff") commenced an action by filing a Complaint (the "Complaint") against Wal-Mart in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, styled *Elvis Toussaint v. Wal-Mart Associates, Inc.,* and designated as Case No. 13-2018-CA-034827-1 (the "State Court Action").

---

[1] "Wal-Mart Associates, Inc." is erroneously named as a defendant in this case. The operating entity of the store where Plaintiff was employed, and thus the only correct entity to be named as a defendant in this matter, is Wal-Mart Stores East, LP. Thus, Wal-Mart Stores East, LP is the entity specifically responding to Plaintiff's allegations in the Complaint.

Plaintiff's Complaint purports to assert claims against Wal-Mart for race discrimination in violation of 42 U.S.C. § 1981.

2. On October 23, 2018, a Summons and a copy of Plaintiff's Complaint were served upon Defendant through its registered agent.  Accordingly, this Notice of Removal is timely filed within 30 days of Defendant's receipt of the Complaint as required by 28 U.S.C. § 1446(b).

3. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders, and other papers or exhibits on file in the State Court Action are attached hereto as **Exhibit A**.

4. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Miami Division.  *See* 28 U.S.C. §§ 89(b), 1441(a).

## II.     FEDERAL QUESTION JURISDICTION

5. The State Court Action is subject to removal based upon the Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331.  The Complaint asserts a claim for race discrimination in violation of 42 U.S.C. § 1981.

6. Accordingly, the State Court Action is within the original federal question jurisdiction of the U.S. District Court pursuant to 28 U.S.C. § 1331.

## III.    NOTICE REQUIREMENTS

7. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of the removal in this action and will promptly file a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.  A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

8. The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

**IV. <u>CONCLUSION</u>**

WHEREFORE, having fulfilled all statutory requirements, Defendant removes this action to this Court from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated this 21st day of November, 2018.

                                      Respectfully submitted,

                                      LITTLER MENDELSON, P.C.
                                      111 North Magnolia Avenue, Suite 1250
                                      Orlando, Florida 32801
                                      Telephone: (407) 393-2900
                                      Facsimile: (407) 393-2929

By:   */s/ Nancy A. Beyer*
        Kimberly J. Doud, Esquire
        Florida Bar No.: 0523771
        Email: kdoud@littler.com

        Nancy A. Beyer, Esquire
        Florida Bar No.: 059688
        Email: nbeyer@littler.com

        Attorneys for Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following: Peter M. Hoogerwoerd, Esquire, Nathaly Lewis, Esquire, Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130, email: pmh@rgpattorneys.com and nl@rgpattorneys.com.

/s/ Nancy A. Beyer
Nancy A. Beyer, Esq.

FIRMWIDE:160542873.1 080000.1337